**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| RENE ANTONIO SANDINO ZELEDON,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA et al.,<br><br>Respondents. | Case No. 5:26-cv-04645-DFM<br><br>ORDER GRANTING IN PART UNOPPOSED HABEAS PETITION (Dkt. 1) |

On August 14, 2026, Petitioner Rene Antonio Sandino Zeledon filed a counseled Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. See Dkt. 1 ("Petition"). Petitioner has been detained by U.S. Immigration and Customs Enforcement ("ICE") at the Adelanto ICE Processing Center since August 6, 2026. See id. ¶ 1. Petitioner alleges that he was paroled into the United States in 2022 and complied with all conditions. See id. ¶ 2. Petitioner asserts claims for violation of the Fourth and Fifth Amendment, the Immigration and Nationality Act, and the Administrative Procedures Act. Petitioner seeks immediate release, as well as fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

Pursuant to General Order 26-05, Respondents Answer was due on August 21, 2026. See Dkt. 5. Respondents did not file anything and have indicated they do not intend to do so.

As Respondents do not advance any argument in opposition, the Court **GRANTS** the Petition in part. The Court finds that Petitioner acquired a liberty interest when released in 2022, see Morrissey v. Brewer, 408 U.S. 471, 482 (1972), and that his detention violated the Due Process Claude, see Mathews v. Eldridge, 424 U.S. 319, 335 (1976). Because the due process claim is dispositive, the Court does not reach his other claims.

For the foregoing reasons **IT IS ORDERED THAT**:

1. The Petition is **GRANTED IN PART**.
2. Within forty-eight (48) hours of the date of this Order, Respondents **SHALL RELEASE** Petitioner Rene Antonio Sandino Zeledon (A# 246-324-297) from custody. Upon release, Respondents shall return Petitioner's personal property.
3. Within five (5) days of the date of this Order, Respondents shall file a status report confirming compliance with paragraph 2.
4. The Petition is **DENIED** in all other respects.
5. Any application for fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, shall be filed in accordance with that statute.

Date: August 26, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge