JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

RENE ANTONIO SANDINO ZELEDON,

Petitioner,

v.

FERETI SEMAIA et al,

Respondents.

Case No. 5:26-cv-04645-DFM

JUDGMENT

Pursuant to the Court's Order Granting in Part Unopposed Habeas Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. Petitioner shall be released from custody. The Clerk is directed to close this matter. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: August 28, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge